UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:11-00002 |
| | ) | JUDGE CAMPBELL |
| NUKOMA ODEN | ) | |

## ORDER

Pending before the Court is a Petition (Docket No. 17) alleging violations of Defendant's Conditions of Supervision. The Court held a hearing on June 23, 2014.

For the reasons stated on the record, I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE