IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:11-00002-02 Chief Judge Haynes |
| v. | ) ) | |
| NUKOMA ODEN, | ) ) | |
| Defendant. | ) ) | |

## ORDER

A revocation hearing is set in this action for **Friday, July 11, 2014 at 4:00 p.m.**

It is so **ORDERED**.

ENTERED this the 26th day of June, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court